```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 01406
   GEORGE SOBERON
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-1888

-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 01/27/2007 and was confirmed 05/24/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  60.00%.

     The case was dismissed after confirmation 04/03/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                            PAID         PAID
-----------------------------------------------------------------------
BANK OF AMERICA/FIA CARD  UNSECURED         2528.77          .00         332.03
CAPITAL ONE               UNSECURED         1110.28          .00         145.76
CALVARY PORTFOLIO SVCS    UNSECURED        NOT FILED         .00            .00
LVNV FUNDING LLC          UNSECURED        12894.40          .00        1692.98
ECAST SETTLEMENT CORP     UNSECURED          123.19          .00          16.19
HELLER & RICHMOND         NOTICE ONLY     NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED         3498.91          .00         459.39
GEORGE SOBERON            NOTICE ONLY     NOT FILED          .00            .00
CAPITAL ONE               UNSECURED         1458.99          .00         191.56
CAPITAL ONE               UNSECURED         1682.85          .00         220.95
CAPITAL ONE               UNSECURED         6259.21          .00         821.81
HSBC NV                   UNSECURED        NOT FILED         .00            .00
HELLER & RICHMOND~        DEBTOR ATTY       2,629.00                    2,629.00
TOM VAUGHN                TRUSTEE                                         478.33
DEBTOR REFUND             REFUND                                          599.00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                 7,587.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                    3,880.67
ADMINISTRATIVE                               2,629.00
TRUSTEE COMPENSATION                           478.33
DEBTOR REFUND                                  599.00
                       --------------      --------------
TOTALS                    7,587.00             7,587.00


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 01406 GEORGE SOBERON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                                /s/ Tom Vaughn

Dated: 07/24/08                    _____
                                           TOM VAUGHN
                                           CHAPTER 13 TRUSTEE